# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

162089 & (64)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ELIJAH ZACKARY ROBINSON,
      Defendant-Appellant.

SC: 162089
COA: 346390
Wayne CC: 18-004458-FH

_____/

On order of the Court, the motion for permission to file pro per supplement is GRANTED. The application for leave to appeal the August 13, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021



Clerk

p0310